UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

MIRANDA J. MARCH on
behalf of CAT

                            Plaintiff,

       **-v.-**

                                  Civil Action No.
                                1:13-cv-703 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                            Defendant.
-------------------------------------------------------------------------------

APPEARANCES:                     OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Peter M. Margolius        PETER M. MARGOLIUS, ESQ.
7 Howard Street
Catskill, New York 12414

**FOR THE DEFENDANT:**

Social Security Administration     VERNON NORWOOD, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE


## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed March 27, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed March 27, 2014 (Dkt. No. 18) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is AFFIRMED, and March's request to remand this action is DENIED and March's complaint (Dkt. No. 1) is DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated:   April 28, 2014
         Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

2